Fred B. Tidd, trading as Fred B. Tidd Typesetting Company, appellee, v. The General Printing Company, appellant. Gen. No. 36,289.

Opinion filed June 30, 1933. Rehearing denied July 11, 1933.

Harold L. Ickes and Austin Hall, for appellant. Alfred M. Loeser and Kaplan & Kaplan, for appellee; Jacob Kaplan and George Yellen, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

Gertrude La Pook, appellee, v. Charles Sincere et al., trading as Charles Sincere & Company, appellants. Gen. No. 36,443.

Opinion filed June 30, 1933.

Marshall & Marshall, for appellants; Frank G. Marshall and Abbey Blattberg, of counsel. Kaplan & Kaplan, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

Anna Lakoff et al., complainants, v. Elof I. Peterson et al., defendants.

Arthur Freytag, receiver, petitioner and appellee, v. C. S. Jackson, respondent and appellant. Gen. No. 36,452.

Opinion filed June 30, 1933.

Shapiro & Labkon, for appellant; David W. Labkon, of counsel. Hoffman & Golder, for appellee; G. A. Kappus, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

Chicago Trust Company, administrator of the estate of Harold Elliott, also known as Harold Conway, deceased, plaintiff in error, v. City of Chicago, defendant in error. Gen. No. 36,468.

Opinion filed June 30, 1933.

McDonnell, Jachimowski & Sheer, for plaintiff in error; Roy S. Gaskill, of counsel. William H. Sexton, Corporation Counsel, and Alexander M. Smietanka, City Attorney, for defendant in error; Samuel E. Pincus and John Boyle, Assistant City Attorneys, and Carl J. Appell, Assistant Corporation Counsel, of counsel.

Mr. Justice Gridley delivered the opinion of the court.